JON FALLON, ESQ. (JF2851)
MANDELBAUM SALSBURG P.C.
*ATTORNEYS FOR PLAINTIFF*
155 PROSPECT AVENUE
WEST ORANGE, NEW JERSEY 07052
732.637.9733 (DIRECT)
jfallon@msgld.com (EMAIL)


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X

HUGGS TO GO , LLC;

    Plaintiff,

v.

BRODER CONCEPTS, LLC;
d/b/a HUGGALO;
JOHN SMITH, an individual; and
ABC COMPANIES;

    Defendants.

------------------------------------------------------------X

Case No.: 2:12-cv-06512-JLL-MAH

<u>NOTICE OF VOLUNTARY WITHDRAWAL OF LAWSUIT WITHOUT PREJUDICE</u>

    NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Huggs to Go, LLC voluntarily dismisses, with prejudice, the above-captioned action against all Defendants.


Date: June 4, 2013

/s/ Jon Fallon          /
Jon Fallon, Esq.
*Attorney for Plaintiff*

SO ORDERED:
DATED: 6/4/13